425 A.2d 18

Commonwealth v. Phillips, Appellant.

Submitted March 23, 1979. Joel M. Scheer, for appellant; Richard R. Tomsho, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, SPAETH and LIPEZ, JJ.

The judgment of sentence is affirmed on the able opinion of WIEAND, J., of the Court of Common Pleas of Lehigh County, as reported sub nom. *Commonwealth v. Klenovich*, 37 Leh. 506, 6 Pa.D. & C.3d 592 (1978).